# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. THORNBERG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STEVE LANGFORD, Warden,<br><br>　　　　　Respondent. | Case No. CV 17-961 DSF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1     IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action without prejudice.

4     DATE: 9/5/17                         /s/ Dale S. Fischer
5                                              HON. DALE S. FISCHER
6                                              UNITED STATES DISTRICT JUDGE