# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JAMES E. THORNBERG,

    Petitioner,

v.

STEVE LANGFORD, Warden,

    Respondent.

Case No. CV 17-961 DSF (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: 9/5/17

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE